No. 45113.—Protests 542008–G, etc., of Bank of Amer. National Ass'n et al. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.